UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

| | | |
|---|---|---|
| ADRIAN TORRES | : | |
| | : | |
| Plaintiff(s) | : | **JUDGMENT** |
| (vs) | : | |
| BAYSIDE STATE PRISON, ET AL. | : | Civil #08-00338 (RBK) |
| | : | |
| Defendant(s) | : | |

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on March 15, 2011, and no timely objection having been filed,

IT IS, on this 12th day of May, 2011

ORDERED that the report of Hon. John W. Bissell dated March 15, 2011 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Adrian Torres**.

_____
HON. ROBERT B. KUGLER, U.S.D.J.